# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5354**  **September Term, 2005**
05mc00349

Filed On:

In re: Theodore Luczak,
    Petitioner

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JUN 1 3 2006

CLERK

**BEFORE:**  Rogers, Garland, and Brown, Circuit Judges

## ORDER

Upon consideration of the motion for leave to proceed in forma pauperis; and the petition for writ of mandamus, the memorandum of law, and the supplement thereto, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. Petitioner has not shown a "clear and indisputable" right to relief. See Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 289 (1988); In re Sealed Case No. 98-3077, 151 F.3d 1059, 1063 (D.C. Cir. 1998) (per curiam). While incarcerated, petitioner has brought at least three civil actions or appeals that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. See, e.g., N.D. Ill. No. 2000-cv-6277, Luczak v. Wintersteen, 12/6/00 Order (dismissal for failure to state a claim upon which relief may be granted); N.D. Ill. No. 00-cv-7325, Luczak v. McGuire, 12/7/00 Order (same); N.D. Ill. No. 98-cv-6807, Luczak v. Snyder, 2/10/99 Minute Order (same). As appellant made only conclusory allegations of imminent physical injury, he was not entitled to proceed in forma pauperis in the district court. See 28 U.S.C. § 1915(g).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk